**CGFD28** (10/01/16)



**ORDERED in the Southern District of Florida on January 21, 2025**

**Corali Lopez–Castro**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 24–19554–CLC

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Niurka Barbara Fernandez Figueredo
6425 W 24TH AVE APT 62
Hialeah, FL 33016

SSN: xxx–xx–9653

## FINAL DECREE

The trustee, Joel L Tabas, having filed a final report that the estate has been fully administered, is discharged and the case is closed.